UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGOS, </br> </br>            Petitioner, </br> </br>     v. </br> </br> S. HATTON, WARDEN, </br> </br>            Respondent. | CASE NO. CV 16-9459-SVW (PJW) </br> </br> ORDER DISMISSING SECOND AND/OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

    Before the Court is Petitioner's second attempt to challenge his 2009 state conviction for second degree murder and resultant 40-years-to-life sentence. His first petition was denied on the merits in May 2014. *(Burgos v. Spearman*, CV 12-7146-SVW (PJW), May 5, 2014 Order.) Petitioner sought a certificate of appealability, which the Ninth Circuit Court of Appeals denied. (*Burgos v. Spearman*, CCA No. 14-55899, January 15, 2015 Order.)

    The instant petition is second and/or successive and is subject to dismissal on that ground. *See* 28 U.S.C. § 2244. Absent an order from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244 (b)(3)(A); *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider

the merits of a second or successive petition absent prior authorization from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: January 18, 2017

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Ord dismissing Pet.wpd