JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN BURGOS, | ) | CASE NO. CV 16-9459-SVW (PJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. HATTON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:   January 18, 2017.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd